IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

        Plaintiff,        Civil No. JFM-02-1319

v.

Dimitrius Jones,

        Defendant.

******************

### DISMISSAL

MR. CLERK:

Plaintiff, United States of America, hereby dismisses the above-entitled action (Rule 41(a)(1), F.R.Cv.P.), as to the defendant Dimitrius Jones without prejudice and without costs and for cause therefore states:

Plaintiff has been unable to serve process upon the defendant.

Respectfully submitted,

Thomas M. DiBiagio
United States Attorney

Thomas F. Corcoran
Assistant United States Attorney
6625 United States Courthouse
101 West Lombard Street
Baltimore, Maryland 21201-2692
Trial Bar No. 24894

APPROVED this _____ day of _____, 2002.

_____
UNITED STATES DISTRICT JUDGE